

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DONNIE HUFF<br><br>Plaintiff<br><br>vs<br><br>TRANSPORT NATIONAL<br><br>Defendant | Case Number: 21-CV-142-R |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court for a trial by jury. These issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Donnie Huff shall take nothing and Defendant, Transport National is entitled to judgment in their favor on all claims asserted against them by Plaintiffs.

Dated this 21st day of September, 2022.

Margaret Botkins<br>
Clerk of Court<br><br>
By _____<br>
Deputy Clerk

WY 37

Rev. 06/03/2022